IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 5: 46

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. <u>04-20246-D</u> |
| | * | |
| KEVIN MEADOWS, | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

**IT IS HEREBY ORDERED** that the Government's Motion to Continue Sentencing Hearing is hereby **GRANTED**, and is now reset for September 1, 2005 at 1:00 PM, with time excluded under the Speedy Trial Act.

**IT IS SO ORDERED** this the 26 day of July, 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20246 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT