IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -1 AM 10: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 04-20246 -D |
| KEVIN MEADOWS, ) | |
| Defendant. ) | |

### ORDER DIRECTING MARSHAL TO RETURN DEFENDANT TO STATE CUSTODY PURSUANT TO HIS WAIVER UNDER THE INTERSTATE AGREEMENT ON DETAINERS ACT

The defendant, Kevin Meadows, has filed a written waiver of his rights under the Interstate Agreement on Detainers Act. A copy of that waiver is attached to this order. Based on that waiver, the United States Marshal is DIRECTED to return Mr. Meadows to state custody for the service of his state sentence.

It is so ORDERED this _1st_ day of _September_ 2005.

Bernice B. Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9/8/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20246 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT