IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. 04-20246-D |
| | * | **MOTION GRANTED** DATE: 9-1-2005 |
| KEVIN MEADOWS | * | |
| Defendant. | * | BERNICE BOUIE DONALD U.S. DISTRICT JUDGE |

## MOTION OF THE UNITED STATES FOR SENTENCING DEPARTURE PURSUANT TO U.S.S.G. §5K1.1

Comes now the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, David Pritchard, and would respectfully move this Honorable Court for a downward departure pursuant to §5K1.1 of the United States Sentencing Guidelines. The basis for the motion is as follows:

1. The Defendant testified as a Government witness in a trial involving violations of 18 U.S.C 922(g), 924(c) and 21 U.S.C. 841(a)(1). Defendant testified that he was a witness to drug sales and weapons possession by the accused. Defendant also testified that he bought crack cocaine from the accused.

2. The defendant's assistance has been timely, truthful, complete and reliable.

3. The defendant's assistance has placed members of his family in danger.

The defendant has provided substantial assistance to law enforcement and both he and the cooperating witness have indicated a willingness to provide continued assistance.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

**WHEREFORE**, counsel for the United States respectfully moves this Honorable Court to depart downward from the Sentencing Guidelines in sentencing the defendant.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
David Pritchard, BPR# 18187
Special Assistant United States Attorney
167 No. Main, Suite 800
Memphis, TN 38103

## **CERTIFICATE OF SERVICE**

I, David Pritchard, Special Assistant United States Attorney, hereby certify that a copy of the foregoing motion has been forwarded to Ms. Mary Cay Jermann, Attorney for the Defendant.

This _1_ day of September, 2005.

_____
David Pritchard
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20246 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT